Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, PHANH CHALENSOUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07-00268 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY PRETRIAL |
| | ) | CONDITIONS OF RELEASE FOR |
| vs. | ) | PHANH CHALENSOUK AND ORDER |
| PHANH CHALENSOUK | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 22, 2008, Defendant Phanh Chalensouk was ordered released from detention on orders which included the surrender of her passport.

The Social Security Administration has directed Ms. Chalensouk to bring her original passport to their office for viewing, to confirm that she has not recently left the country. They have advised her if she fails to do so, they will shortly terminate her monthly check, which is her only source of income.

Her Pretrial Service Officer, Mr. Monte Olson, has confirmed that he delivered the passport to the U.S. Clerk and therefore, has suggested that Ms. Chalensouk seek an order authorizing the

U.S. Clerk to return the passport to Ms. Chalensouk for a limited period of time.  All other conditions of release are to remain in effect.

Assistant U.s. Attorney Laurel Montoya is not opposed to this request.

IT IS SO STIPULATED:

Dated: March 13, 2008       FLETCHER & FOGDERUDE, INC.

                                   /s/ Eric K. Fogderude
                                   Eric K. Fogderude
                                   Attorney for Defendant,
                                   PHANH CHALENSOUK

DATED: March 13, 2008       UNITED STATES ATTORNEY OFFICE

                                   /s/ Laurel Montoya
                                   Laurel Montoya, Assistant US Attorney

## ORDER

GOOD CAUSE APPEARING, it is ordered that the United States District Court Clerk, For the Eastern District of California release to Defendant, Phanh Chalensouk her original passport. Defendant, Phanh Chalensouk is ordered to return it to the Clerk's office within 72 hours after she receives the passport from the Clerk.  Defendant Phanh Chalensouk shall not use the passport to travel or for any other purpose.

IT IS SO ORDERED.

**Dated:   March 13, 2008**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE